EDWIN S. HARKINS ET AL. *v.* C. FRANCIS DRISCOLL
ET AL.

The motion by Robert N. Jetmore for permission to be substituted as a party plaintiff in the action from the Superior Court in New London County is dismissed. See Practice Book § 707.

*Melvin Scott,* in support of the motion.

Submitted July 20—decided July 27, 1972

JULIA BRADLEY ET AL. *v.* ZONING BOARD OF APPEALS OF
THE TOWN OF WESTPORT ET AL.

The petition by Richard Berkowitz that he, individually, be permitted to file a brief as amicus curiae in the appeal from the Court of Common Pleas in Fairfield County is granted.

*Richard Berkowitz,* in support of the motion.